**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>**Judge John G. Heyburn II**<br>United States District Court<br>Western District of Kentucky | **MEMBERS:**<br>**Judge D. Lowell Jensen**<br>United States District Court<br>Northern District of California<br><br>**Judge J. Frederick Motz**<br>United States District Court<br>District of Maryland<br><br>**Judge Robert L. Miller, Jr.**<br>United States District Court<br>Northern District of Indiana | **Judge Kathryn H. Vratil**<br>United States District Court<br>District of Kansas<br><br>**Judge David R. Hansen**<br>United States Court of Appeals<br>Eighth Circuit<br><br>**Judge Anthony J. Scirica**<br>United States Court of Appeals<br>Third Circuit | **DIRECT REPLY TO:**<br><br>**Jeffery N. Lüthi**<br>**Clerk of the Panel**<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:            [202] 502-2888<br>http://www.jpml.uscourts.gov |

January 8, 2008

Honorable John C. Coughenour
Senior U.S. District Judge
16229 U.S. Courthouse
700 Stewart Street
Seattle, WA 98101-1271

Re:  MDL No. 1896 -- IN RE: General Motors Corp. Speedometer Products Liability Litigation

Dear Judge Coughenour:

      Attached as separate documents are:  (i) a letter directed to the Clerk of your district advising that the above-referenced litigation has been transferred to you under 28 U.S.C. § 1407 and (ii) a copy of the related transfer order.

      As you may know, all multidistrict litigation statistics are maintained by this office and submitted to the Administrative Office for inclusion in the <u>Annual Report of the Director</u>.  Consequently, once yearly we will verify with your Clerk the actual number and status of the actions assigned to you, including actions added to the docket either by transfer of tag-along actions or additional related actions originally filed in your district. A copy of our inquiry to your Clerk will be directed to you for your information.

      We have a Citrix remote access server for use by transferee courts in accessing our database for information regarding assigned multidistrict litigation.  The server can be accessed by you if you have a Windows based  personal computer with DCN access.  Our database contains transferor and transferee information for each action transferred by the Panel and actions filed in your district.  Counsel identified in the database are those who made appearances in the transferor districts, counsel who filed appearances before the Panel and counsel assigned by you as liaison counsel.  Also, each individual action is tracked from the date of transfer to termination either by dismissal, remand to transferor district, remand to state court, etc.  If you are interested in utilizing the server, please feel free to contact our Systems Administrator, Al Ghiorzi, to establish a password and receive instructional information.

      Your attention is directed to Rule 7.6 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 436-38 (2001), dealing with termination and remand of actions transferred by the Panel.  Specifically, the rule states, in part, the following:

- 2 -

    (a)  Actions terminated in the transferee district court by valid judgment, including but not limited to summary judgment, judgment of dismissal and judgment upon stipulation, shall not be remanded by the Panel and shall be dismissed by the transferee district court....

    (b)  Each action transferred only for coordinated or consolidated pretrial proceedings that has not been terminated in the transferee district court shall be remanded by the Panel to the transferor district for trial....

    (c)  The Panel shall consider remand of each transferred action or any separable claim, cross-claim, counterclaim or third-party claim at or before the conclusion of coordinated or consolidated pretrial proceedings on...suggestion of the transferee district court....

We will promptly act upon any written notices from you that remand of actions or separable claims transferred under Section 1407 is appropriate.

If you appoint liaison counsel, in your pretrial order outlining liaison counsel's responsibilities, please consider reinforcing Panel Rule 5.2(e), which provides:

    If following transfer of any group of multidistrict litigation, the transferee district court appoints liaison counsel, this Rule [Panel Rule 5.2, Service of Papers Filed Before the Panel] shall be satisfied by serving each party in each affected action and all liaison counsel.  Liaison counsel designated by the transferee district court shall receive copies of all Panel orders concerning their particular litigation and shall be responsible for distribution to the parties for whom he or she serves as liaison counsel.

Feel free to contact this office if we may be of assistance to you.

    Very truly,

    Jeffery N. Lüthi
    Clerk of the Panel


    By _April C. Layne_
        April C. Layne
        Docket Specialist

Attachments (Separate Documents)

cc:    Clerk, United States District Court
        for the Western District of Washington

JPML Form 23