UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN ZWICKER and TERESA K. PALMER on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS CORPORATION, a Delaware corporation,<br><br>Defendant. | CASE NO. C07-0291-JCC<br>C08-0031-JCC<br>C08-0032-JCC<br>C08-0418-JCC<br><br>ORDER |
| ROY FALK, LEE KRATZER, and BARBARA McRAE,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS CORPORATION, a Delaware corporation,<br><br>Defendant. | |
| CHRIS CHRISTENSEN, TERRY M. KELLY, and PEGGY KELLY,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS CORPORATION, a Delaware corporation,<br><br>Defendant. | |

ORDER – 1

| | |
|---|---|
| REBECCA CONNELLY, | |
|              Plaintiff, | |
|    v. | |
| GENERAL MOTORS CORPORATION, a Delaware corporation, | |
|              Defendant. | |

Pursuant to the March 4, 2008, Transfer Order by the United States Judicial Panel on Multidistrict Litigation, MDL No. 1896, the Western District of Washington case numbered C08-0418, *Rebecca Connelly v. General Motors Corporation*, is hereby ASSIGNED to the Honorable John C. Coughenour and CONSOLIDATED for all purposes with *Zwicker, et al. v. General Motors Corp.*, C07-0291-JCC; *Falk, et al. v. General Motors Corp.*, C08-0031-JCC; and *Christensen, et al. v. General Motors Corp.*, C08-0032-JCC.

All papers filed henceforth in this case should bear the case number C07-0291-JCC.

DATED this 5th day of June, 2008.

                                                          _____
                                                          John C. Coughenour
                                                          UNITED STATES DISTRICT JUDGE

ORDER – 2