**FILED**

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

MAR 02 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KEVIN ZWICKER, an individual, on behalf of himself and all others similarly situated; et al.,

    Plaintiffs - Appellees,

WILLIAM P. JEHLE; et al.,

    Objectors - Appellants,

  v.

GENERAL MOTORS CORPORATION, a Delaware corporation,

    Defendant - Appellee.

No. 08-36028

DC # 2:07-cv-00291-JCC
Western Washington
(Seattle)

ORDER

Pursuant to stipulation of the parties, this appeal is voluntarily dismissed with prejudice. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

By: Chris Goelz
Circuit Mediator

3/2/09/cg/mediation